# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

GARY CRAWFORD, ADC #129963                                                                PLAINTIFF

v.                                          NO. 4:12CV00043 JLH

DUSTIN MCDANIEL,
Attorney General of Arkansas; *et al.*                                                  DEFENDANTS

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 16th day of May, 2012.

                                                                                  /s/ J. Leon Holmes
                                                                                  J. LEON HOLMES
                                                                                  UNITED STATES DISTRICT JUDGE